**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION DIVISION**

| | | |
|---|---|---|
| IN RE: REGINALD RICARDO CLARKE | § § § | CASE NO: 04-37486-H1-4 |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY**
**PURSUANT TO 11 U.S.C. §347 (a)**

---

      **PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

      More than   ninety (90) days has passed since the final distribution. Funds payable to the debtor listed on Exhibit "A" hereto remains unclaimed.

      **WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 11/30/2009

      Respectfully Submitted,

      /s/  David G. Peake
_____

      David G. Peake, Trustee
      Admissions I.D. #3857
      9660 Hillcroft, Ste 430
      Houston, TX  77096
      713-283-5400

**<u>EXHIBIT "A"</u>**

| | | |
|---|---|---|
| IN RE: REGINALD RICARDO CLARKE | § | CASE NO: 04-37486-H1-4 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

<div style="border:1px solid black;">

**UNCLAIMED FUNDS**

</div>

| <u>NAME & ADDRESS:</u> | <u>AMOUNT</u> |
|---|---|
| **REGINALD RICARDO CLARKE** | |
| **2430 HACKETT DRIVE** | **$17.46** |
| **APT 26** | |
| **HOUSTON,  TX  77008** | |

**TOTAL FOR UNCLAIMED FUNDS**          **$17.46**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION DIVISION**

| | | |
|---|---|---|
| IN RE: REGINALD RICARDO | § | CASE NO: 04-37486-H1-4 |
| CLARKE | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**CERTIFICATE OF SERVICE OF MOTION TO PAY INTO**
**THE COURT REGISTRY PURSUANT TO 11 U.S.C. § 347(a)**

---

   I hereby certify that on 11/30/2009 ,a true and correct copy of the foregoing Motion to Deposit Funds into the court Registry Pursuant to 11 U.S.C. §347(a) was served via the U.S. Postal Service, first class mail, postage prepaid as shown on Exhibit A.

/s/  David G. Peake
_____

David G. Peake,
Chapter 13, Trustee